

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lee Cotirell Roy, Appellant

No. 06-25-00042-CR    v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49451-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of conviction and render a judgment of acquittal.

We further order that the appellee, the State of Texas, pay all costs incurred by reason of this appeal.

RENDERED DECEMBER 31, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk